UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALE RICHARD PATE,

    Petitioner,

-vs-                                                Case No. 8:11-CV-2867-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

        Before the Court is Petitioner's Motion for Sanctions Against Respondent and Order Directing Respondent to Furnish its Answer to the Petition (Dkt. 22) in which Petitioner asserts that Respondent did not serve Petitioner with a copy of the response to his federal habeas petition. Petitioner moves the Court to order Respondent to serve Petitioner with a copy of the response and any appendix, and sanction Respondent for failing to serve Petitioner with a copy of those documents.

        Respondent's certificates of service indicate that a copy of both his response and Appendix to Exhibits were mailed to Petitioner on June 12, 2012 (Dkt. 18 at 30; Dkt. 19 at 4).

        Accordingly, the Court **ORDERS** that Petitioner's Motion for Sanctions Against Respondent and Order Directing Respondent to Furnish its Answer to the Petition (Dkt. 22) is **DENIED** without prejudice to Petitioner refiling a new motion if he has not received

Respondent's response and Appendix to Exhibits within ten (10) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on June 26, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*
Counsel of Record